UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
) Civil No.:
Plaintiff, )
)
v. )
)
VICTOR BARED )  MAGISTRATE JUDGE
Defendant. )  TURNOFF
)
)

## COMPLAINT

The United States of America, acting herein by THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C., Section 1345.

2. The defendant, Victor Bared, is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $2,500.00, plus interest on this principal computed at the rate of 7.00 percent per annum in the amount of $3,047.48 as of November 14, 1998, and interest thereafter on this principal at the rate of 7.00 percent per annum from November 14, 1998, until the date of judgment, plus administrative costs in the amount of $15.00. See Exhibit "A" attached hereto and incorporated herein.

4. Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff prays judgment against the defendant for the total of $5,562.48,



plus interest at 7.00 percent per annum on the principal of $2,500.00 that has accrued from November 14, 1998, to the date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C., Section 1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this _17_ day of _November_, 1998.

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: MARY F. DOOLEY
Assistant U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel No. (305) 961-9376
Fax No. (305) 530-7195
Bar No. A5500282

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Victor Bared
Address: 282 Carabella Ct.
Coral Gables, FL 33143
SSN: 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

Total debt due United States as of 02/23/98:  $ 5,437.95

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 2,500.00 from 02/23/98 at the annual rate of 7%. Interest accrues on the principal amount of this debt at the rate of $ .48 per day.

The claim arose in connection with a Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 05/14/79 the debtor executed promissory note(s) to secure loan(s) from First Federal Savings & Loan Assoc. of Broward under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the notes(s) and on 04/22/82 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $ 0.00 thereby increasing the principal balance due to $ 2,500.00.

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 2,500.00 |
| Interest: | $ 2,922.95 |
| Administrative/Collection Costs: | $ 15.00 |
| Penalties: | $ 0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____2/25/98_____                    _____[signature]_____
(Date)                                    Loan Analyst
                                          Litigation Branch

GOVERNMENT
EXHIBIT
A

FSFAC # 36

| FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION<br>ROOM 563 KNOTT BUILDING<br>TALLAHASSEE, FLORIDA 32304<br>PROMISSORY NOTE WITH DISCLOSURE | LENDER<br>FIRST FED. S&L BROWARD | | |
|---|---|---|---|
| | CITY<br>FT. LAUDERDALE | | STATE<br>FL |
| THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION | DATE FINANCE CHARGES BEGIN TO ACCRUE<br>05/14/79 | AMOUNT FINANCED<br>$2,471.05 | DOCUMENTARY STAMP TAX<br>$3.75 | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS)<br>$25.20 | AMOUNT OF LOAN<br>$2,500.00 |
| ANNUAL PERCENTAGE RATE | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD<br>1/2 % | B) DURING REPAYMENT PERIOD<br>7% | |

I, **VICTOR P BARED**   **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**, hereinafter called the "maker," promise to pay **FIRST FEDERAL SAVINGS & LOAN ASSO. OF BROWARD**, hereinafter called the "lender," located **P. O. BOX 14370   FT. LAUDERDALE, FL**, the sum of $**2,500.00** to the extent advanced to me, plus simple interest at the rate of **7** percent per annum on the outstanding balance of such sum and authorized late charges, all reasonable attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to collect from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I. The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1965 as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be construed in light of the Act, Applicable State Law and Federal and State Regulations;

II. Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing **12** months after the date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institution and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period, but in no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, during the **12** month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, provided that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment of the loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the commencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement of the repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borrower agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement of the repayment period which will be made a part of this note.

III. The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay to the Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments covering the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instructions issued by the Commission) shall be due and payable immediately.

IV. Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accordance with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow agent account but not redisbursed by the escrow agent to or on behalf of the maker.

V. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty, prepay all or any part of the principal plus the accrued interest at any time. In the event of such prepayment, the maker shall be entitled to rebate of unearned interest computed by ☐ the Sum of Digits Formula (rule of 78ths), ☐ Pro-rata ☒ Other (Identify) **SIMPLE**

(2) Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in which maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved by the Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three years during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period, not in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker serves as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment must be made.

(3) Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the repayment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all such loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual payment on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4) In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon shall at the option of the lender or any other holder of this note become immediately due and payable.

(5) In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regulations issued by the Commissioner.

(6) Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a half time student.

(7) A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days after the due date.

| SIGNATURE (MAKER)<br>/s/ Victor Bared | ADDRESS<br>1525 SARRIA<br>CORAL GABLES   FL 33146 | DATE<br>05/14/79 |
|---|---|---|
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |
| NOTICE: THIS NOTE SHALL BE EXECUTED BY THE MAKER. | BARED, VICTOR,<br>CLAIM NO 1991040004998  11-27-90<br>SSN 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   TD   1 | COPY OF THIS NOTE WITH DISCLOSURE |

FSFAC Form 2 (3/78)

"Pay to the order of the Florida Student Financial Assistant Commission, without recourse on us, or any of us."

Student Loan Marketing Association

_____
Name of Lender

By: _____
Larry Kleeberg/Operations Officer
Name & Title of Authorized Officer
Date: 4-8-72

"Pay to the order of the Florida Student Financial Assistance Commission, without recourse on us, or any of us."

Student Loan Marketing Associatio..

_____
Name of Lender

By: Sarah H. Stephens
Signature of Authorized Officer

Sarah E. Stephens/Assistant Vice-President
Name & Title of Authorized Officer

_____
Date

BEST COPY AVAILABLE AT TIME OF IMAGING

"All right, title and interest of the Florida Department of Education is hereby assigned without recourse in favor of USDOE by execution of this endorsement."

Reitha Scott
Signature of Officer

August 15, 1989
Date

Reitha Scott
Typed Name

Sonica Club
Title   Office of Student Financial Assistance
Address  Department of Education
         Knott Building
         Tallahassee, Florida 32399






# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

98-2798
CIV-DAVIS

MAGISTRATE JUDGE
TURNOFF

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

B: Dade 1:98cv2798 Davis WCT

**(c)** ATTORNEYS (FIRM NAME ADDRESS, AND TELEPHONE NUMBER)

THOMAS E. SCOTT, U.S. ATTORNEY   SUITE 300
99 NE 4TH ST., MIAMI, FL 33132-2111
(305) 961-9378   By: Mary F. Dooley, AUSA

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | B☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 362 Personal Injury – Med Malpractice | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury – Product Liability | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | B☐ 630 Liquor Laws | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | B☐ 640 R R & Truck | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 380 Other Personal Property Damage | B☐ 650 Airline Regs | ☐ 892 Economic Stabilization Act |
|  |  | ☐ 385 Property Damage Product Liability | B☐ 660 Occupational Safety/Health | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | B☐ 690 Other | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | **A LABOR** | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 710 Fair Labor Standards Act | **B SOCIAL SECURITY** |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 720 Labor/Mgmt Relations | ☐ 861 HIA (1395ff) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | B☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | A OR B |
|  |  | B☐ 555 Prison Condition | A☐ 791 Empl Ret Inc Security Act | ☐ 865 RSI (405(g)) | |
|  |  |  | **FEDERAL TAX SUITS** |  |
|  |  |  | A☐ 870 Taxes (U S Plaintiff or Defendant) |  |
|  |  |  | A☐ 871 IRS – Third Party 26 USC 7609 |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERAL INSURED STUDENT LOAN. 34 CFR 682.100(4)(d)

LENGTH OF TRIAL
via ___1 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 5,562.48
plus interest and costs

CHECK YES only if demanded in complaint.
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE 11/17/98

SIGNATURE OF ATTORNEY OF RECORD
MARY F. DOOLEY AUSA

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG JUDGE ___